FILED
2005 Sep-19 PM 02:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case Nos.  CR 02-S-73-J |
| | ) | CV 03-S-8043-J |
| CANDICE LEE BRAND | ) | |

ORDER

On August 26, 2005, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that the motion to vacate or set aside sentence filed pursuant to 28 U.S.C. § 2255 by Candice Lee Brand be denied. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the motion to vacate or set aside sentence filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is due to be and the same is hereby DENIED.

DONE this 19th day of September, 2005.

_____
United States District Judge